UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DARLEEN JACOBS LEVY ET AL.                CIVIL ACTION

VERSUS                                    NO: 06-5732

AXIS SURPLUS INSURANCE                    SECTION: J(1)
COMPANY, ET AL.

**ORDER**

Before the Court is the **Motion to Remand** filed by Plaintiffs **(Rec. Doc. 5)**. This motion was set for hearing on October 25, 2006. Oral argument was requested; however, the Court determined that such would not be necessary and is ruling on the motion on the briefs alone. Upon review of the record, the memoranda of counsel, and the applicable law, this Court finds that this motion should be denied for the same reasons expressed by Chief Judge Berrigan in the related case, Levy v. AXIS Surplus Insurance Company et al., which involves damages to Plaintiffs' St. Bernard parish properties as opposed to this lawsuit, which involves damages to Plaintiffs' Orleans parish properties. (See Case No. 06-5733; Rec. Doc. 11). Accordingly,

**IT IS ORDERED** that the **Motion to Remand** filed by Plaintiffs **(Rec. Doc. 5)** should be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' claims against ACIS, Tusa, and Rodco be **DISMISSED**.

**IT IS FURTHER ORDERED** that the **Motion to Dismiss** filed by Rodco Worldwide Inc.**(Rec. Doc. 7)** set for hearing on November 8, 2006, is **MOOT** based on the above ruling.

New Orleans, Louisiana this 26th day of October, 2006.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE